the Town of Dayton, Respondent, for a Writ of Certiorari to the Town Board of the Town of Dayton. Wirt W. Jones, Supervisor, and Others, Constituting the Town Board of the Town of Dayton, Appellants.—The determination of the present appeal is held until the review of the proceeding by the court after the filing of the return.

In the Matter of the Application of William H. Covert, Appellant, for a Writ of Mandamus to Michael E. Monahan, as Comptroller of the City of Syracuse, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of the Application of Charles H. Kenyon, Respondent, to Compel the Delivery of Books and Papers in the Possession of John Martin, Appellant.— Order affirmed, with costs, without passing upon the validity of petitioner's title to the office. All concurred.

Sarah F. Lyth and Samuel E. Lyth, Individually and as Executors, etc., of John Lyth, Deceased, and Others, Appellants, v. Alfred Lyth, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Gustav H. Poppenberg, Appellant, v. R. M. Owen & Company, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concurred.

Bertha Woemple, Sometimes Known as Bertha Smith, Respondent, v. Adaline Fernandes, Appellant.— Judgment affirmed, with costs. All concurred.

George H. Thompson, Appellant, v. New Academy Theater Company, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth F. Dunn, as Administratrix, etc., of Thomas Dunn, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that in view of the defendant's rules and orders and the signals given, and the unfamiliarity of the deceased with the road and conditions at the place of the accident, the question of contributory negligence, as well as that of the defendant's negligence, was for the jury.

Anthony Kozlowski, Appellant, v. Rochester, Syracuse and Eastern Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Salvatore Sheusi, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ellen E. Clifford, Plaintiff, v. City of Rochester, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Kruse, J., who dissented upon the ground that as the entire walk was covered with snow at the time the notice was given, and so remained until the plaintiff fell, the notice was sufficient; she could not foresee, and was not required to point out the precise point where she would fall.

B. Parker Chick, Respondent, v. The Menihan Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.